STANTON C. DICKINSON, Respondent, v. ROMAN BATHS COMPANY, Appellant.—
Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling,
Smith, Merrell and McAvoy, JJ.

SCHNITZER SECURITIES CO., INC., Appellant, v. MAURICE SINGER, Respond-
ent.— Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LEO LOEB, Respondent, v. NATIONAL LEATHER BELTING CO., INC., and Others,
Appellants.— Judgment modified by deducting therefrom twenty per cent of the
amount of the taxes of the defendant company for the year 1918, with interest,
and the extra allowance of $500; and as so modified the said judgment and the
order appealed from are affirmed, without costs. No opinion. Settle order on
notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

STANTON L. McMILLAN, Respondent, v. RAINIER MOTOR CORPORATION,
Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave
to defendant to serve an amended answer within ten days from service of order,
upon payment of said costs and all taxable costs to date. No opinion. Present
— Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

RUDOLPH SCHIFFER v. THIRD AVENUE RAILWAY COMPANY.— Motion for stay
pending appeal granted on condition stated in order. Present — Clarke, P. J.,
Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of GERTIE E. G. WEBB, Deceased.— Preference granted for
February 20, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and
Martin, JJ.

OLIVE CORNELL v. ZIEGFELD FOLLIES, INC.— Motion to consolidate appeal
granted; appellant's brief to be served within ten days from service of order.
Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MATTHEW J. WHEELEHAN v. CLARENCE E. BLOCK and Others.— Motion denied,
with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling,
Finch, McAvoy and Martin, JJ.

CHEEVER N. ELY, as Executor, etc., v. MARIA L. VANDERPOEL and Others.—
Preference granted for February 19, 1924. Present — Clarke, P. J., Dowling,
Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH LE DONE v. JOHN
J. HANLEY, as Warden, etc.— Motion denied and stay vacated. Present —
Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK, Respondent, v. NORTHERN TERMINAL CORPORATION
OF NEW YORK and Another, Defendants. DYCKMAN MARKET TERMINAL COR-
PORATION and Another, Appellants.— Order reversed, with ten dollars costs and
disbursements, and motion granted. No opinion. Settle order on notice. Pres-
ent — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ESTELLE M. CLARK, Appellant, v. BEE WRIGHT, Also Known as BEE WRIGHT
CLARK, Respondent.— Order affirmed, with ten dollars costs and disbursements.
No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ESTELLE M. CLARK, Appellant, v. BEE WRIGHT, Also Known as BEE WRIGHT
CLARK, Respondent.— Order affirmed, with ten dollars costs and disbursements.
No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HATHAWAY MANUFACTURING COMPANY, Appellant, v. JAMES F. WHITE & CO.,
INC., Respondent.— Order reversed, with ten dollars costs and disbursements,